Case 08-25469    Doc 46    Page 1 of 3

FILED
February 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CM23663709

3

L J LOHEIT TRUSTEE
CHAPTER 13 TRUSTEE
PO BOX 1858
SACRAMENTO, CA 95812-1858
(916)856-8000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re:
ESTELA CEBALLOS GONZALES

AKA:ESTELA GONZALES/
DBA:

Debtor(s)

Case No: 08-25469-E-13L
DC NO: LJL-4

NOTICE OF DEFAULT AND
APPLICATION TO DISMISS

DATE: NONE REQUESTED

CHAPTER 13 TRUSTEE LAWRENCE J. LOHEIT makes this application to the court to dismiss this case because:

**DEBTOR IS DELINQUENT IN PAYMENTS DUE UNDER THE PLAN.**

Delinquency listed here does not include any payment due after this notice.
**SUMMARY:**
Total Delinquency $1,566.00     Total Paid In: $23,983.50     On Hand $7.94

**THIS CASE WILL BE DISMISSED** unless **WITHIN 30 DAYS** from the date of the service of this notice, **you, THE DEBTOR,** do one of the following:

   (1) If you believe there is no default, file a **written** objection within 30 days from the date of the service of this notice and set it for hearing with at least 14 days notice of the hearing to the Trustee. If at the hearing the court decides that there is a default in payments, the case could be dismissed despite your objection.

(2) Admit that there is a default in payments and pay the delinquent amount and all subsequent payments that have fallen due to the Trustee.

(3) Admit that there is a default, file a modified plan and motion to confirm it. If you have had a change in your financial condition, you must also file amended Schedules I and J and serve them with the motion. A motion to confirm a modified plan must be served at least 35 days prior to the hearing pursuant to FRBP(a)(5) and LBR 9014-1 (f)(1).

**IT IS YOUR RESPONSIBILITY** to be sure the Trustee receives your **written** objection or motion to modify of payment within the 30 days from the date of this notice. Telephone calls to the Trustee **are not enough.**

(4) If the debtor fails to set a hearing on the Trustee's notice, or cure the default by payment, or file a proposed modified chapter 13 plan and motion, or perform the modified chapter 13 plan pending its approval, or obtain approval of the modified chapter 13 plan, all within the time constraints set out above, the case shall be dismissed without a hearing on the Trustee's application.

**YOU SHOULD CONSULT WITH YOUR ATTORNEY IF YOU HAVE ONE.**

The Trustee has received the following payments in your case:

| Amount | Date | Source | Amount | Date | Source |
|---|---|---|---|---|---|
| $ 1,000.00 | Jul 07, 2008 | CC #00070 | $ 1,000.00 | Jul 07, 2008 | CC #00071 |
| $ 59.50 | Jul 07, 2008 | CC #00072 | $ 686.50 | Aug 27, 2008 | CC #00121 |
| $ 686.50 | Sep 30, 2008 | CC #00325 | $ 686.50 | Oct 22, 2008 | CC #00384 |
| $ 686.50 | Nov 24, 2008 | CC #00222 | $ 700.00 | Dec 29, 2008 | MO #00262 |
| $ 686.50 | Jan 27, 2009 | MO #00308 | $ 686.50 | Feb 25, 2009 | MO #00363 |
| $ 686.50 | Mar 27, 2009 | MO #00391 | $ 286.50 | Apr 24, 2009 | MO #00433 |
| $ 686.30 | May 14, 2009 | MO #00464 | $ 568.70 | Jun 01, 2009 | MO #00477 |
| $ 783.00 | Jun 24, 2009 | MO #00512 | $ 783.00 | Jul 17, 2009 | MO #00551 |
| $ 783.00 | Aug 10, 2009 | MO #00582 | $ 783.00 | Sep 16, 2009 | MO #00834 |
| $ 783.00 | Oct 08, 2009 | MO #00672 | $ 783.00 | Nov 04, 2009 | MO #00913 |
| $ 783.00 | Dec 10, 2009 | MO #00770 | $ 783.00 | Jan 27, 2010 | MO #00813 |

| | | | | | |
|---|---|---|---|---|---|
| $ 783.00 | Feb 19, 2010 | MO #00842 | $ 782.00 | Mar 09, 2010 | MO #00867 |
| $ 783.00 | Apr 12, 2010 | MO #01243 | $ 783.00 | May 25, 2010 | MO #01342 |
| $ 783.00 | Jul 06, 2010 | MO #01417 | $ 783.00 | Jul 08, 2010 | MO #01443 |
| $ 783.00 | Aug 25, 2010 | MO #01527 | $ 783.00 | Sep 27, 2010 | MO #01596 |
| $ 783.00 | Oct 14, 2010 | MO #01630 | $ 1,567.00 | Dec 16, 2010 | MO #01755 |

DATED: February 17, 2011

/s/ Neil Enmark
Neil Enmark, Attorney for Trustee